UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
LOIS PATRICE BRACY                    CASE NO. 20-10329
906 RICHLAND STREET                   JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27260

    DEBTOR

SSN(1) XXX-XX-5256                    DATE: 12/16/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRANCH BANKING & TRUST COMPANY<br>BANKRUPTCY SECTION/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<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $1,068.97<br>INT: .00%<br>NAME ID: 47975<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 1611<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 5777<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST CITIZENS BANK & TRUST COMPANY<br>ATTN BANKRUPTCY DEPT<br>P O BOX 25187<br>RALEIGH, NC  27611-5187 | $4,730.00<br>INT: .00%<br>NAME ID: 173088<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 2067<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0005 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5256<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,049.36<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 3240<br>COMMENT: 1020TFCL |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0006 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5256<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $7,000.00<br>INT: 6.75%<br>NAME ID: 161576<br>CLAIM #: 0001 | (V) VEHICLE-SECURED<br><br>ACCT: 9052<br>COMMENT: 10KIA |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10329

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $3,998.97<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0002 | (U) UNSECURED<br><br>ACCT: 9052<br>COMMENT: SPLIT |
| PMAB LLC<br>P O BOX 12150<br>CHARLOTTE, NC  28220-2150 | $0.00<br>INT: .00%<br>NAME ID: 160190<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7152<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $1,086.85<br>INT: .00%<br>NAME ID: 175253<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8815<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $657.78<br>INT: .00%<br>NAME ID: 152268<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 5256<br>COMMENT: |
| **TOTAL:** | **$20,591.93** | |
| PHILLIP E BOLTON ESQ<br>BOLTON LAW GROUP PA<br>622 C GUILFORD COLLEGE RD<br>GREENSBORO, NC  27409 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/16/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice